IN THE CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND

| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * |
| Plaintiff, | * |
| v. | *     C-13-CV-22-001007 <br> Case No. _____ |
| CHRISTINA JULIANNE BOSTICK | * |
| Defendant. | * |

**TEMPORARY RESTRAINING ORDER**

UPON CONSIDERATION of the Complaint for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction, including the affidavits attached thereto, it is, this 23rd day of November 2022, at 12:30 p.m., by the Circuit Court for Howard County, Maryland:

FOUND, that Christina Julianne Bostick ("Bostick") currently maintains an office for the practice of law in Howard County, Maryland; and it is further

FOUND, that the Plaintiff has made efforts commensurate with the circumstances to give Christina Julianne Bostick notice of the filing of the Complaint; and it is further

FOUND, that immediate, substantial, and irreparable harm will result to the financial interests of Bostick's clients, potential clients, and/or future clients if a temporary restraining order is not issued; and it is further

FOUND, that immediate, substantial, and irreparable harm will result to the administration of justice if a temporary restraining order is not issued; and it is further

FOUND, that the harm will be irreparable based on the demonstrated pattern of conduct alleged in the Complaint, affidavits in support thereof, and Bostick's failure to provide any responses to Bar Counsel; and it is further

Petitioner's Exhibit 1

FOUND, that there is a likelihood of Plaintiff's success at a hearing on the merits and that the potential irreparable injury to the clients and the administration of justice outweighs the risk to Bostick; and it is further

FOUND, that granting a temporary restraining order in the above-captioned matter is not contrary to the public interest; and it is further

FOUND, that there is evidence that Christina Julianne Bostick is not represented by counsel and is unable to defend herself in this matter due to a mental disability or impairment; and it is further

ORDERED, that the Plaintiff's Complaint for Temporary Restraining Order be, and hereby is, GRANTED; and it is further

ORDERED, that Christina Julianne Bostick be, and hereby is, ENJOINED from the practice of law in the State of Maryland pending further Order of this Court or the Court of Appeals of Maryland; and it is further

ORDERED, that Christina Julianne Bostick shall not receive any funds from any client or third party intended to be either held in escrow until earned or distributed to a third party; and it is further;

~~ORDERED that _____, Esquire, is hereby appointed to represent Christina Julianne Bostick in this matter; and it is further~~

ORDERED, that Christina Julianne Bostick shall within seven (7) days of being served with the Temporary Restraining Order, provide to Bar Counsel a complete list of all clients for whom she has an active file and indicate the status of the legal matter, the amount of money received from each client and where she has deposited the funds, as well as, provide to Bar Counsel any and all files maintained on behalf of said clients; and it is further

ORDERED, that pursuant to Maryland Rule 19-732(f), bond is not required; and it is further

ORDERED, that Christina Julianne Bostick may move for a modification or dissolution of this Order on two days' notice to Plaintiff; and it is further

ORDERED, that this Order shall expire on **December 28, 2022 at 12:30 p.m.** 35 days from the issuance of this Order.

11/23/2022 12:29:37 PM

*William V. Tucker*
William V. Tucker, Administrative Judge

Judge, Circuit Court for Howard County

Entered: Clerk, Circuit Court for
Howard County, MD
November 23, 2022